A10A2092. JONES v. THE STATE.
(729 SE2d 428)

ELLINGTON, Chief Judge.

The Supreme Court granted certiorari in this case and, in *Jones v. State*,[1] reversed the judgment of this Court. Therefore, we vacate our earlier opinion[2] and adopt the judgment of the Supreme Court as our own.

*Judgment reversed. Doyle, P. J., and Andrews, J., concur.*

DECIDED JUNE 5, 2012.

*Head, Thomas, Webb & Willis, Gregory A. Willis*, for appellant.

---

[1] 291 Ga. 35 (727 SE2d 456) (2012).

[2] *Jones v. State*, 308 Ga. App. XXII (March 9, 2011) (unpublished).

*Robert Stokely, Solicitor-General, Stephen J. Tuggle, Natalie Ashman, Assistant Solicitors-General,* for appellee.